■ In the Matter of ERIC WEHR et al., Doing Business as MICRO INSTRUMENT & TOOL CO., Petitioners, against HARRY B. CROWLEY et al., Respondents,

and FLOWER CITY BUILDERS SUPPLY CORP. et al., Intervenors-Respondents.—Motion for a stay granted pending hearing and determination of appeal, without filing of bond or undertaking. Appeal dismissed unless printed records and briefs are filed and served on or before February 17, 1958.